UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY MARSHALL,

Plaintiff,

v.

JON BERWIN, *et al.*,

Defendants.

Case No. 2:26-cv-0277-DAD-JDP (PS)

ORDER

Plaintiff has filed a second motion for an extension of time to file an amended complaint. ECF No. 4. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 6, is GRANTED IN PART; and
2. Plaintiff is granted thirty days from the date of this order's issuance to file an amended complaint.

IT IS SO ORDERED.

Dated: July 15, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE