UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY MARSHALL,<br>Plaintiff,<br>v.<br>JON BERWIN, *et al.*,<br>Defendants. | Case No. 2:26-cv-0277-DAD-JDP (PS)<br><br>ORDER |

Plaintiff has filed a third motion for an extension of time to file an amended complaint. ECF No. 8. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 8, is GRANTED;
2. Plaintiff is granted September 25, 2026 to file an amended complaint;
3. Absent extraordinary circumstances, no further extensions will be granted.

IT IS SO ORDERED.

Dated: August 28, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE