UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY MARSHALL,<br>Plaintiff,<br>v.<br>JON BERWIN, *et al.*,<br>Defendants. | Case No. 2:26-cv-0277-DAD-JDP (PS)<br><br>ORDER |

Plaintiff has filed a fourth motion for an extension of time to file an amended complaint. ECF No. 10. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 10, is GRANTED.

2. Plaintiff is granted until January 25, 2027, to file an amended complaint. Failure to do so may result in a recommendation that this action be dismissed.

3. Absent extraordinary circumstances, no further extensions will be granted.

IT IS SO ORDERED.

Dated: November 20, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE